JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R&O CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEW CREATION MASONRY, INC., a Nevada corporation; ROX PRO INTERNATIONAL GROUP, LTD., a Chinese company, dba ROX PRODUCTS INTERNATIONAL; REAL STONE SOURCE, LLC, a Nevada limited liability company; and WD PARTNERS, INC., an Ohio corporation,<br><br>Defendants. | Case No. 2:09-cv-01749<br><br>STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT - (FIRST REQUEST) |

It is hereby stipulated by and between Plaintiff R&O Construction Company, by and through their counsel, SMITH LARSEN & WIXOM AND CALLISTER NEBEKER & MCCULLOUGH, and Defendant WD Partners, Inc., by and through its counsel, JONES VARGAS, as follows:

1.  On September 3, 2009, R&O Construction Company filed a Complaint in this Court against, among other defendants, WD Partners, Inc.

2.  Pursuant to the Federal Rules of Civil Procedure, the due date for filing an answer is October 6, 2009.

3.  WD Partners, Inc. needs additional time to respond to R&O Construction Company's Complaint. As a result, the parties hereby stipulate and agree that WD Partners, Inc. shall have until October 20, 2009, to respond to R&O Construction Company's Complaint.

4.  The two-week extension is necessitated as a result of the time it took WD Partners, Inc. to retain counsel and to allow counsel to appropriately respond to the Complaint.

5.  This is the first stipulation regarding a timetable for responding to R&O Construction Company's Complaint.

DATED this 1st day of October, 2009.

JONES VARGAS

By: /s/ John P. Desmond
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street, 12th Floor
Reno, Nevada 89504
P.O. Box 281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
E-mail: jpd@jonesvargas.com
        jbustos@jonesvargas.com

*Attorneys for Defendant WD Partners, Inc.*

DATED this 1st day of October, 2009.

CALLISTER NEBEKER & McCULLOUGH

By: /s/ Michael D. Stanger
MICHAEL D. STANGER, ESQ.
Nevada Bar No. 8272
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300

*Attorneys for R&O Construction Company*

\* \* \*

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: October 2, 2009

Page 2