UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| R&O CONSTRUCTION COMPANY, a Utah corporation, ) ) ) | |
| Plaintiff, ) ) | 2:09-cv-01749-LRH-LRL |
| vs. ) ) | MINUTE ORDER |
| ROX PRO INTERNATIONAL GROUP, LTD., a Chinese company, dba ROX PRODUCTS INTERNATIONAL, et al. ) ) ) ) | February 22, 2010 |
| Defendants. ) ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):      NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   Before the court is Plaintiff's Motion for Extension of Time to Serve Defendant Rox Pro International Group, Ltd., d/b/a Rox Products International (#30[1]).  Good cause appearing,

   Plaintiff's motion for an extension of time to serve Defendant Rox Pro International Group, Ltd., d/b/a Rox Products International (#30) is GRANTED.  Plaintiff shall have thirty (30) days from entry of this order to serve Defendant Rox Pro International Group, Ltd., d/b/a Rox Products International.

                                             LANCE S. WILSON, CLERK

                                             By:      /s/
                                                   Deputy Clerk

---

[1] Refers to court's docket number.