1  KEITH C. CRAMER (SBN: 6263)
   ROBERT S. LARSEN (SBN: 7785)
2  GORDON & REES LLP
   3770 Howard Hughes Parkway, Suite 100
3  Las Vegas, NV 89169
   Telephone:  (702) 577-9300
4  Facsimile:  (702) 255-2858
   Email: kcramer@gordonrees.com
5  Email: rlarsen@gordonrees.com

6  Attorneys for Defendant
   WD PARTNERS, INC.

7

8                UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10 R&O CONSTRUCTION COMPANY, a Utah  )  CASE NO.  2:09-cv-01749-LRH-LRL
   corporation,                      )
11                                   )
                 Plaintiff,          )  **STIPULATED APPLICATION TO**
12                                   )  **MODIFY DISCOVERY PLAN AND**
                                     )  **SCHEDULING ORDER**
13     vs.                           )  **(THIRD REQUEST)**
                                     )
14 ROX PRO INTERNATIONAL GROUP, LTD., )
   a Chinese company, dba ROX PRODUCTS )
15 INTERNATIONAL; REAL STONE SOURCE, )
   LLC, a Nevada limited liability company; )
16 ARIZONA STONE & ARCHITECTURAL    )
   PRODUCTS NV, LLC; and WD PARTNERS, )
17 INC., an Ohio corporation,        )
                                     )
18               Defendants.         )
   _____ )

19

20     Plaintiff R&O CONSTRUCTION COMPANY ("R&O" or "Plaintiff"), by and through

21 its counsel of record, KENT F. LARSEN of the law firm of Smith Larsen & Wixom, and

22 MICHAEL D. STANGER, of the law firm of Callister Nebeker & McCullough, and Defendants

23 WD PARTNERS, INC. ("WD Partners"), by and through its attorneys KEITH C. CRAMER and

24 ROBERT S. LARSEN of the law firm of Gordon & Rees, LLP, REAL STONE SOURCE, LLC

25 ("Real Stone"), by and through its by and through its attorneys LEONARD T. FINK and DAVID

26 SCHOPICK of the law firm of Springel & Fink, LLP and ARIZONA STONE &

27 ARCHITECTURAL PRODUCTS NV, LLC, by and through its attorney JASON R. WIGG of

28 the law firm of Barron & Pruitt, hereby submit this Stipulated Application to Modify the

- 1 -

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

1  Discovery Plan and Scheduling Order (Third Request) ("Application") by extending the

2  discovery deadlines for an additional two (2) months as set forth in section 2(d) below.

3       This Application complies with LR 26-4 which provides that all stipulations to extend

4  discovery dates must be received no later than 20 days before the discovery cut-off date, which is

5  currently set for January 10, 2010.

6       The parties submit the Application on the following grounds:

7      1.    In support of this request, the parties state the following pursuant to LR 6-1:

8          a.    This is the third request for an order extending discovery.

9          b.    The reasons for this third request for an extension are various:

10              i.    Primary experts were recently designated and the deadline for

11  rebuttal experts has not yet passed.  With the current discovery deadline, the parties will have

12  less than 30 days in which to evaluate rebuttal expert reports and schedule depositions of both

13  the primary and rebuttal experts.

14              ii.    Despite the parties' good faith efforts, discovery remains ongoing

15  with additional time required by both sides to respond to pending discovery, to evaluate the

16  discovery responses of the other party, and to determine what, if any, additional discovery is

17  necessary between the parties and/or with third parties.  Remaining discovery is complicated by

18  the physical locations of the witnesses and the availability to schedule depositions at a mutually

19  convenient time during December..

20              iii.    The discovery to date has been extensive.  The parties have

21  requested document productions, and the document volumes are becoming voluminous.  WD

22  Partners has served several subpoenas duces tecum on non-parties.  Most of the non-parties have

23  yet to respond.  However, WD Partners has already supplemented numerous documents received

24  from two non-parties.  Numerous additional documents are expected to be received in response

25  to the pending subpoenas duces tecum.  It is expected that the parties will need time to review

26  and analyze the documents to be produced.

27              iv.    It is necessary that document production and review be completed

28  before the parties can make adequate determinations regarding whether to conduct expert

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

- 2 -

1    depositions and the scope of the depositions.  At this time, the parties believe that the current

2    discovery deadlines are inadequate and additional time is needed and warranted.

3         2.      In compliance with Local Rule 26-4, the parties hereby incorporate the reasons set

4    forth at section 1(b) of this Application as their statement showing good cause for the requested

5    extension.  In further compliance with Local Rule 26(a)-(d), the parties state as follows:

6         a.     Discovery completed: In addition to each parties' initial disclosures, the

7    parties have to date completed the following discovery:

8         &bull; On December 28, 2009, R&O served interrogatories, requests for admission and

9         requests for production of documents on Real Stone and WD Partners.  Real

10        Stone served its responses on R&O on February 10, 2010.  Real Stone served

11        amended responses on March 25, 2010.  WD Partners served its responses on

12        R&O on February 22, 2010.

13        &bull; R&O served interrogatories, requests for admission and requests for production of

14        documents on Arizona Stone on March 29, 2010.  On May 10, 2010, Arizona

15        Stone served its responses to R&O's requests for production and requests for

16        admissions.  On May 20, 2010, Arizona Stone served its responses to R&O's

17        interrogatories.

18        &bull; On or about May 5, 2010, Arizona Stone served its initial disclosures.  Arizona

19        Stone filed a supplement to its initial disclosures on May 10, 2010.

20        &bull; The deposition of Real Stone's FRCP 30(b)(6) witnesses, Russell Frazier and

21        James Motarex, was held on May 13, 2010.

22        &bull; Real Stone Source served a second supplement to its initial disclosures on August

23        8, 2010.

24        &bull; On August 17, 2010, Arizona Stone served interrogatories, requests for

25        production and requests for admission on R&O.  R&O served its responses on

26        October 12, 2010.

27        &bull; The deposition of WD Partners' 30(b)(6) representative was held on October 18,

28        2010.

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

- 3 -

1

2

3

4

5

6

7

8

9

10

11

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- Between October 19, 2010 through October 25, 2010, WD Partners served subpoenas duces tecum on non-parties Sam's Real Estate Business Trust, Sam's West, Inc., Rainbow Arroyo Commons, LLC, and Rainbow Arroyo Commons Management, Inc. (the "Sam's entities" and the "Rainbow Arroyo" entities, respectively). The Rainbow Arroyo entities produced responsive documents on or about November 3, 2010. The Sam's entities requested two extensions and are expected to produce responsive documents on December 8, 2010.

- On November 1, 2010, the deposition of WD Partners 30(b)(6) representative was taken.

- Real Stone served a third supplement to its initial disclosures on November 9, 2010.

- On November 10, 2010, WD Partners served its first supplement to its initial disclosures which included the documents received from the subpoenas served on the Rainbow Arroyo entities.

- On November 16, 2010, WD Partners served its first set of interrogatories, requests for production and requests for admission on R&O. Responses to these discovery requests are pending.

- Between November 23, 2010 and December 7, 2010, WD Partners has sent out numerous subpoenas duces tecum to other non-parties, including the following:

  Massengale Construction Co., Inc.
  Buckroff Masonry
  All About Stone, LLC
  Carpino Stone Applications
  HBI Construction
  Jaynes Corporation
  Moorefield Construction, Inc.
  Frazier Masonry
  Roche Constructors, Inc.
  Rafael Constructions, Inc.
  The Masonry Group
  Chad Hirschi (former president of The Masonry Group)
  CCB Enterprises, Inc. dba Crisci Builders
  Central States Construction

- 4 -

1   Keystone Construction Co.
2   Clark County Development Services
    Sport Chalet, Inc.
3   Paddock Pools of Nevada, Inc.
    David's Bridal, Inc.
4   Walmart, Inc.

5   • None of the subpoenaed listed above have responded to the subpoenas. Several

6   have contacted WD Partners and stated that documents will be produced. WD

7   Partners expects that it will receive responsive documents from those entities

8   within the next ten days. Clark County Development Services has allowed WD

9   Partners to review documents to help narrow the scope of production. The review

10   is presently underway.

11   • WD Partners served its second set of requests for production on R&O on

12   December 3, 2010. R&O's response is pending.

13        b.   Specific description of the discovery that remains to be completed: The

14   discovery that remains to be completed includes, but is not limited to, the following: (i)

15   responses to pending discovery requests; (ii) additional written discovery requests (i.e., WD

16   Partners intends to serve written discovery requests on Real Stone and Arizona Stone); (iii) Fed.

17   R. Civ. Pro. 30(b)(6) depositions of Arizona Stone and R&O; (iv) depositions of percipient

18   witnesses, including potential non-party witnesses; (v) depositions of primary experts of R&O (2

19   designated experts) and Real Stone (1 designated experts); and (vi) rebuttal expert designations

20   and depositions, if any.

21        At this time, no discovery motions are contemplated by the parties.

22        c.   Reasons why discovery remaining will not be completed within the time

23   limits set by the discovery plan: The discovery remaining will not be completed within the

24   current time limits for the reasons stated above, including particularly the extensiveness of the

25   discovery requested by the parties amongst themselves already, the time required to respond to

26   that discovery, difficulty in coordinating deposition schedules for primary experts and rebuttal

27   experts over the holiday period. All of the experts designated so far are located outside of the

28   state of Nevada.

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

- 5 -

1
     d.     Proposed schedule for completing all remaining discovery:

2
     i.     Last date to complete discovery:  March 10, 2011 (two additional

3
months from current deadline of January 10, 2011);

4
     ii.     Rebuttal expert witness disclosures and reports: January 10, 2011;

5
     iii.     Last date to file dispositive motions: April 8, 2011;

6
     vii.     Last date to file joint pretrial order May 12, 2011 or within 30 days

7
of the date the Court enters a ruling on dispositive motions.

8
     3.     No trial date has been set at this time.

9

10
DATED this _____ day of December, 2010.     DATED this __10th__ day of December, 2010.

11
**SMITH LARSEN & WIXOM**     **CALLISTER NEBEKER & MCCULLOUGH**

12
By: _/s/ Kent F. Larsen_____     By: __/s/ Michael D. Stanger_____

13
     KENT F. LARSEN     MICHAEL D. STANGER
     Nevada Bar No. 3463     Nevada Bar No. 8272

14
     1935 Village Center Circle     Zions Bank Building
     Las Vegas, Nevada  89134     10 East South Temple, Suite 900

15
     Salt Lake City, Utah  84133

     *Attorneys for Plaintiff*

16
     *Attorneys for Plaintiff*

17
DATED this __10th__ day of December, 2010.     DATED this _____ day of December, 2010.

**GORDON & REES LLP**     **SPRINGEL & FINK, LLP**

18

19
By: __/s/ Robert S. Larsen_____     By: _____
     KEITH C. CRAMER     LEONARD T. FINK

20
     Nevada Bar No. 6263     Nevada Bar No. 6296
     ROBERT S. LARSEN     DAVID S. SCHOPICK

21
     Nevada Bar No. 7785     Nevada Bar No. 6119
     3770 Howard Hughes Parkway, Suite 100     2475 Village View Drive, Suite 250

22
     Las Vegas, Nevada  89169     Las Vegas, Nevada  89074

23
     *Attorneys for Defendant WD Partners*     *Attorneys for Real Stone Source*

24

25
     **[Signatures continue on following page]**

26

27

28

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

- 6 -

1           d.     Proposed schedule for completing all remaining discovery:

2               i.     Last date to complete discovery:  March 10, 2011 (two additional

3                     months from current deadline of January 10, 2011);

4               ii.    Rebuttal expert witness disclosures and reports: January 10, 2011;

5               iii.   Last date to file dispositive motions: April 8, 2011;

6               vii.   Last date to file joint pretrial order May 12, 2011 or within 30 days

7                     of the date the Court enters a ruling on dispositive motions.

8       3.     No trial date has been set at this time.

9

10   DATED this _____ day of December, 2010.     DATED this _____ day of December, 2010.

11   **SMITH LARSEN & WIXOM**         **CALLISTER NEBEKER & MCCULLOUGH**

12   By: _____     By: _____

13       KENT F. LARSEN           MICHAEL D. STANGER
         Nevada Bar No. 3463         Nevada Bar No. 8272

14       1935 Village Center Circle     Zions Bank Building
         Las Vegas, Nevada 89134      10 East South Temple, Suite 900

15                             Salt Lake City, Utah 84133
         *Attorneys for Plaintiff*

16                             *Attorneys for Plaintiff*

17   DATED this _____ day of December, 2010.     DATED this _9_ day of December, 2010.

18   **GORDON & REES LLP**          **SPRINGEL & FINK, LLP**

19   By: _____     By: _____

20       KEITH C. CRAMER          LEONARD T. FINK
         Nevada Bar No. 6263         Nevada Bar No. 6296

21       ROBERT S. LARSEN        DAVID S. SCHOPICK
         Nevada Bar No. 7785         Nevada Bar No. 6119

22       3770 Howard Hughes Parkway, Suite 100  2475 Village View Drive, Suite 250
         Las Vegas, Nevada 89169      Las Vegas, Nevada 89074

23       *Attorneys for Defendant WD Partners*   *Attorneys for Real Stone Source*

24

25                   **[Signatures continue on following page]**

26

27

28

*Gordon & Rees LLP*
*3770 Howard Hughes Parkway, Suite 100*
*Las Vegas, NV 89169*

- 6 -

1

2   DATED this __10th__ day of December, 2010.

3   **BARRON & PRUITT LLP**

4

5   By: __/s/  Jared G. Christensen_____ _
        JASON R. WIGG

6       Nevada Bar No. 7953
        JARED G. CHRISTENSEN

7       Nevada Bar No. 11538
        3890 West Ann Road

8       North Las Vegas, Nevada  89031

9       *Attorneys for Arizona Stone &*
        *Architectural Products NV, LLC*

10

11                                    **ORDER**

12                                    IT IS SO ORDERED.

13

14                                    _____

15                                    UNITED STATES MAGISTRATE JUDGE

16                                    Dated:  ____12-16-10_____

17   Respectfully Submitted by:

18   **GORDON & REES LLP**

19

20   By: __/s/  Robert S. Larsen_____ _
        KEITH C. CRAMER

21       Nevada Bar No. 6263
        ROBERT S. LARSEN

22       Nevada Bar No. 7785
        3770 Howard Hughes Parkway, Suite 100

23       Las Vegas, Nevada  89169

24       *Attorneys for Defendant WD Partners*

25

26

27

28

LEX/1059878/8916099v.1

- 7 -

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV  89169