UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| R&O CONSTRUCTION COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ROX PRO INTERNATIONAL GROUP, LTD.; et al., <br><br> Defendants. | 2:09-cv-01749-LRH-LRL <br><br><br> ORDER |

Before the court is plaintiff R&O Construction Company's ("R&O") motion for leave to file a sur-reply to defendant Arizona Stone & Architectural Products NV, LLC's ("Arizona") motion for summary judgment (Doc. #78[1]). Doc. #111. Arizona filed an opposition to the motion. Doc. #112.

**I.      Facts and Background**

This is a construction defect action. On September 3, 2009, R&O filed a complaint against defendants for various causes of action. Doc. #1. In response, Arizona filed a motion for summary judgment. Doc. #78. R&O filed an opposition to the motion for summary judgment. Doc. #93.

After R&O's opposition was filed, the magistrate judge excluded certain expert reports that

---

[1] Refers to the court's docket number.

were used to support Arizona's motion for summary judgment. Doc. #110. Thereafter, R&O filed the present motion for leave to file a sur-reply to Arizona's motion in light of the magistrate judge's order. Doc. #111.

**II.    Discussion**

A court has the inherent authority to grant leave to a party to file a sur-reply when the information in that sur-reply would be germane to the evaluation of a pending matter. *See Cedars-Sinai Medical Center v. Shalala*, 177 F.3d 1126, 1129 (9th Cir. 1999). Here, the court has reviewed the documents and pleadings on file in this matter and finds that a sur-reply, in light of the recent evidentiary exclusions outlined in the magistrate judge's order (Doc. #110), would be germane to the court's evaluation of Arizona's pending motion for summary judgment. Therefore, the court shall grant R&O's motion.

IT IS THEREFORE ORDERED that plaintiff's motion for leave to file a sur-reply (Doc. #111) is GRANTED.

IT IS FURTHER ORDERED that plaintiff shall file a brief sur-reply to defendant's motion for summary judgment (Doc. #78) of not more than ten (10) pages, within fifteen (15) days of entry of this order.

IT IS SO ORDERED.

DATED this 15th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE