UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| R&O CONSTRUCTION COMPANY, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-01749-LRH-VCF |
| ) | |
| v. ) | |
| ) | O R D E R |
| NEW CREATION MASONRY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Cam Ferenbach (#154[1]) entered on October 1, 2012, recommending granting defendant Real Stone Source, LLC's Unopposed Motion for Determination of Good Faith Settlement (#148) filed on September 6, 2012. Also before the court is the Report and Recommendation of U.S. Magistrate Judge Cam Ferenbach (#156) entered on October 22, 2012, recommending granting defendant Arizona Stone & Architectural Product NV, LLC's Motion for Determination of Good Faith Settlement (#147) filed on September 5, 2012. Defendant WD Partners, Inc. filed its limited Objection to Report and Recommendation #154 (#155) on October 18, 2012. These matters were referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections of defendant WD Partners, Inc., the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#154) entered on October 1, 2012, and his Report and Recommendation (#156) entered on October 22, 2012, should both be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#154) entered on October 1, 2012, and his Report and Recommendation (#156) entered on October 22, 2012, are adopted and accepted, and defendant Arizona Stone & Architectural Product NV, LLC's Motion for Determination of Good Faith Settlement (#147) and defendant Real Stone Source, LLC's Unopposed Motion for Determination of Good Faith Settlement (#148) are GRANTED.

IT IS SO ORDERED.

DATED this 31st day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE